UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

James Luvene,

        Plaintiff,

vs.

Warden R.L. Morrison,

        Defendant.

ORDER ADOPTING
REPORT AND RECOMMENDATION

Civ. No. 06-1232(MJD/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That the Petition for Writ of Habeas Corpus [Docket No. 1] is granted, in part, as more fully described in the text of the Report and Recommendation, dated January 3, 2007.

                                          s/Michael J. Davis
                                          Michael J. Davis, Judge
                                          United States District Court

DATED: February 2, 2007
At Minneapolis, Minnesota